IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: David J. Buchanan<br>Debtor below, Appellant | No.<br><br>Court Below: The United States<br>Bankruptcy Court for the District of<br>Delaware, C.A. No. 04-12419-JKF |

## NOTICE OF APPEAL

To: Clerk of the Bankruptcy Court      Michael B. Joseph, Esquire, Trustee
    824 Market Street, 3rd Floor       824 Market Street, P.O. Box 1351
    Wilmington, DE 19899               Wilmington, DE 19899-1351

PLEASE TAKE NOTICE that David J. Buchanan, Debtor, below-Appellant, does hereby appeal to the United States District Court for the District of Delaware from Bankruptcy Order dated December 1, 2006, and associated Orders, of C.A. No. 04-12419-JKF, the Honorable Judge Judith K. Fitzgerald presiding. A copy of the decisions sought to be reviewed are attached hereto.

The name and address of the Bankruptcy Trustee is; Michael B. Joseph, Esquire, 824 Market Street, P.O. Box 1351, Wilmington, DE 19899-1351.

PLEASE TAKE FURTHER NOTICE that brief, appendix, and request for transcripts will be timely filed at a later date, pursuant to Title 28a, Rule 31.

Dated: December 12, 2006

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

DAVID J. BUCHANAN                    Chapter 13

    Debtors                    Case No. 04-12419-JKF

## ORDER

The Court, having considered the November 1, 2006 Motion for Sale of Real Estate of ex-wife Barbara H. Buchanan, and after notice and a hearing held on **November 21, 2006**,

IT IS SO ORDERED this **1st** day of **December, 2006** that:

1. The interests of David J. Buchanan and Barbara H. Buchanan in the real property located near Laurel, Delaware, Sussex County, Tax Parcel Numbers 2-31-19.00-46.03 and 2-32-9.00-15.06 may be sold pursuant to the 4/4/06 Decision and Order of the Delaware Family Court as follows.

2. The real estate is hereby listed for sale by Cooper Realty, Seaford DE for an 8% commission but for the price and other terms and conditions that Cooper Realty recommends.

3. Debtor and Barbara H. Buchanan must sign a listing agreement in accordance with this Order and must sign any contract, amendment, deed, settlement sheet, affidavit, or other document necessary to settle the said sale.

4. If either owner fails to sign any of the above required documents, on 10 days notice, the Clerk of the Family Court shall sign for either party.

5. Both owners shall cooperate with the listing, showing, sale and settlement of the real property by Cooper Realty. Debtor shall permit access to the real estate during

normal selling hours by Cooper Realty, its agents or co-agents, with or without a prospect to show the property on a 24 hour telephone call notice to David J. Buchanan (302) 875-1362.

6. If no contract to sell is signed by 2/28/07, movant may, with the advice and direction of Cooper Realty, select a Delaware licensed auctioneer to sell the real estate at public auction.

7. Complete and full relief from stay is granted to the parties so that the Family Court may take any and all action it deems appropriate to resolve the equitable distribution action between David J. Buchanan and Barbara H. Buchanan and to permit execution and distribution on any orders or judgments entered therein.

8. The relief from stay order previously entered in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS/WASHINGTON MUTUAL is now in effect and is no longer stayed.

9. The bankruptcy case is **DISMISSED with PREJUDICE** and Debtor is **BARRED** from filing any other bankruptcy petition until **November 23, 2008** for the reasons expressed on the record at the hearing on November 21, 2006.

_____
Judge Judith K. Fitzgerald
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: )
)
DAVID J. BUCHANAN ) Chapter 13
)
      Debtors ) Case No.04-12419-JKF
)

## ORDER

The Court, having considered the November 1, 2006 Motion for Sale of Real Estate of ex-wife Barbara H. Buchanan, and after notice and a hearing held on **November 21, 2006,**

**IT IS SO ORDERED this 1ˢᵗ day of December, 2006** that:

1. The interests of David J. Buchanan and Barbara H. Buchanan in the real property located near Laurel, Delaware, Sussex County, Tax Parcel Numbers 2-31-19.00-46.03 and 2-32-9.00-15.06 may be sold pursuant to the 4/4/06 Decision and Order of the Delaware Family Court as follows.

2. The real estate is hereby listed for sale by Cooper Realty, Seaford DE for an 8% commission bur for the price and other terms and conditions that Cooper Realty recommends.

3. Debtor and Barbara H. Buchanan must sign a listing agreement in accordance with this Order and must sign any contract, amendment, deed, settlement sheet, affidavit, or other document necessary to settle the said sale.

4. If either owner fails to sign any of the above required documents, on 10 days notice, the Clerk of the Family Court shall sign for either party.

5. Both owners shall cooperate with the listing, showing, sale and settlement of the real property by Cooper Realty. Debtor shall permit access to the real estate during

Case 1:07-cv-00034-SLR    Document 1-2    Filed 01/18/2007    Page 2 of 2

Case 1:07-cv-00034-SLR    Document 1-2    Filed 01/18/2007    Page 2 of 2

normal selling hours by Cooper Realty, its agents or co-agents, with or without a prospect to show the property on a 24 hour telephone call notice to David J. Buchanan (302) 875-1362.

6. If no contract to sell is signed by 2/28/07, movant may, with the advice and direction of Cooper Realty, select a Delaware licensed auctioneer to sell the real estate at public auction.

7. Complete and full relief from stay is granted to the parties so that the Family Court may take any and all action it deems appropriate to resolve the equitable distribution action between David J. Buchanan and Barbara H. Buchanan and to permit execution and distribution on any orders or judgments entered therein.

8. The relief from stay order previously entered in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS/WASHINGTON MUTUAL is now in effect and is no longer stayed.

9. The bankruptcy case is **DISMISSED with PREJUDICE** and Debtor is **BARRED** from filing any other bankruptcy petition until **November 23, 2008** for the reasons expressed on the record at the hearing on November 21, 2006.

_____
Judge Judith K. Fitzgerald
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

Date: January 18, 2007

To:   Clerk of Court  
      U.S. District Court  
      District of Delaware  
      Wilmington De 19801

**Re: David J. Buchanan     BAP 06-82**

**Bankruptcy Case #04-12419 JKF**

Enclosed you will find: **Notice of Appeal: docket #181, Order dismissing case docket #174, Order denying Motion to Extend time docket #184**

**Appellant: Designation: docket #188**

**Appellee:  Response docket #193**

Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                Sincerely,

                                /s/ Betsy Magnuson
                                Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2007.

By:_____

   Deputy Clerk

                                        _____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

David J Buchanan
Bankruptcy Case No. 04-12419 JKF                          January 18, 2007
Appeal No.: BAP 06-82

Name of Appellant:      David J. Buchanan
Counsel for Appellant:  Pro Se

Name of Appellee:       Barbara H. Buchanan
Counsel for Appellee    James Tyler
                        211 E Market street
                        Georgetown DE 19947

Enclosed Items:   Notice of Appeal: docket #181, Order dismissing case docket #174, Order denying Motion to Extend time docket #184
          *Fee Paid

Appellant: Designation: docket #188
Appellee:  Response docket #193