IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: David J. Buchanan

|  |  |  |
|---|---|---|
| David J. Buchanan | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  07-34 |
| v. | ) | |
| | ) | |
| | ) | |
| Barbara Buchanan | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 04-12419 |
| | | Bankruptcy Appeal No. 06-82 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 12/1/06 was docketed in the District Court on 1/18/07:

> Order- DISMISSED with PREJUDICE and Debtor is BARRED from filing any other bankruptcy petition until November 23, 2008 for the reasons expressed on the record at the hearing on November 21, 2006.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                  Peter T. Dalleo
                                                  Clerk of Court

Date:  January 18, 2007

To:    U.S. Bankruptcy Court
       Counsel