IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWERE

FILED
2007 JAN 24  PM 12:06

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: David J. Buchanan<br>Debtor below, Appellant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No.<br><br>Court Below: The United States Bankruptcy Court for the District of Delaware, C.A. No. 04-12419-JKF |

### NOTICE OF REQUEST FOR COMPLETION AND TRANSMITION OF THE RECORD; DOCKETING OF APPEAL

**TO COUNSEL:**

Michael B. Joseph, Esquire, 824 Market Street, P.O. Box 1351, Wilmington, DE 19899-1351, Phone 302-656-0123.

TRUSTEE.

APPELLANT IS PRO SE.

James B. Tyler, III, Esquire, 211 E. Market Street, P.O. Box 555, Georgetown, DE 19947, 302-856-6397.

ATTORNEY FOR APPELLEE (No Claim Filed).

### REQUEST FOR RECORD AND TRANSCRIPTS

**NOW COME** the above captioned Debtor/Appellant, David J. Buchanan, individually, and hereby submits to the Clerk of the Bankruptcy Court, as well as the Court Reporter, a request to prepare a copy of the Record of the case captioned above, as well as prepare transcripts for all hearings docketed as 40, 52, 63, 107, 148, 167, and hearing held on 10/24/06, pursuant to Title 11a Rule 8007 (a), and (b). The Appellant also requested that the Clerk of the Bankruptcy Court transmit the Notice of Appeal, and Appeal to the Clerk of the Delaware District Court pursuant to Title 11 Rule 8003(b), in

1

as much as counsel's appearance for Appellee as captioned above, is otherwise noted in the record pursuant to Title 11 Rule 9010, Title 28 Rule 9, and Title 28 Rule 75, by the filing of *"Response to Debtor's Answer and Motion to Strike"* on January 16, 2007, acknowledging such *Appeal* within the *Notice of Electronic Filing*, seems to be filed in lieu of a timely answer to appeal, and stipulates lack of cause to challenge the *Appeal*, where the time to answer has expired.

*[signature]*
DAVID J. BUCHANAN,   Debtor
34806 Hudson Road, Laurel DE  19956
Dated:  1/22/07

## CERTIFICATE OF SERVICE

FILED

2007 JAN 24  PM 12: 06

CLERK
DISTRICT OF DELAWARE

I David J. Buchanan, hereby certify that on January 23, 2007, caused true and correct copies of the attached *NOTICE OF REQUEST FOR COMPLETION AND OUR TRANSMITION OF THE RECORD; DOCKETING OF APPEAL*, to be served upon the following people by U.S. Mail.

Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19899

Michael B. Joseph, Esquire, Trustee
824 Market Street, P.O. Box 1351
Wilmington, DE 19899-1351

James B. Tyler, III, Esquire
211E. Market Street
Georgetown, DE 19947

DAVID J. BUCHANAN, Appellant
34806 Hudson Road, Laurel DE  19956
Dated: 1/23/07

3