IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: DAVID J. BUCHANAN, | ) | 07-34-SLR |
| Appellant. | ) | Bankruptcy Appeal |
|  | ) | Bkrptcy Case No.: 04-12419 |
|  | ) |  |

## MOTION TO QUASH SUBPOENA

COMES NOW Movants Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., (*hereinafter collectively* "SVS" *unless otherwise disambiguated*), and pursuant to Fed. Rr. Civ. P. 26(c) and 45(C)(3)(a) requests this Honorable Court for a Order quashing a subpoena filed by Appellant David J. Buchanan in this matter and states in support thereof the following, to wit:

1.      Appellant is the Plaintiff in a separate and unrelated matter captioned *David J. Buchanan v. Thomas E. Gay, et al.*, Civ. A. No. 06-711-SLR, in which SVS has appeared and is defending.

1.      In Civil Action No. 06-711-SLR, on January 24, 2007, SVS received in the mail from Appellant a document styled *Request for Discovery* seeking in thirty-two numbered paragraphs certain documents.  Those discovery requests were the subject of a *Motion to Stay Discovery* filed by SVS on January 30, 2007, and accompanied by a *Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6)*.  (06-cv-711 D.I. ## 13, 15).

2.      Appellant has now filed a subpoena against Thomas E. Gay, Esquire, in this Bankruptcy appeal, seeking:  "All billing and payment information of any account subject to Barbara H. Buchanan, showing amounts charged, paid, and discounts applied.  The address and phone number of Ronald Irlick (person subject to financial affidavit in family court).  A record

of any phone call placed to Dr. E. Wilson, III, PhD. office, home, cell phone and/or beach house in the past 5 years [*sic*]." (Exhibit A hereto is a copy of the Subpoena pursuant to D. Del. LR 37.1).

3. The information sought is already the subject of Appellant's *Request for Discovery* subject to the pending *Motion for Protective Order Staying Discovery* in Case No. 06-711-SLR.

4. As Appellant makes clear in his *Answer Opposing Motion to Stay Discovery and Motion to Compel Discovery* filed on February 7, 2007, in 06-711-SLR, (D.I. # 34), the information he seeks is related to "an appeal for Bankruptcy before the same court Case No. 07-34-SLR", (Plaintiff's *Motion* at ¶4), and "will also be used to defend criminal matters pertaining to financial spawned from Mr. Gay's litigation and brought before the District of Columbia Superior Court Case No. D.C. 2006-CF2-027494, and in the State of Main FORDC-CR-2006-590 . . . [*sic*]." (Plaintiff's *Motion* at ¶5).

5. On an appeal from a Bankruptcy Court decision, "the court applies a clearly erroneous standard to the Bankruptcy Court's findings of fact and a plenary standard to its legal conclusions." *Osmar Sylvania, Inc. v. SLI, Inc.*, 2004 U.S. Dist. LEXIS 20600, Jordan, J., *Mem. Op.* at *6 (Oct. 5, 2004). *See also, Green v. O'Neill*, 2004 U.S. Dist. LEXIS 5910, Jordan, J., *Mem. Op.* at **5 (March 31, 2004).

6. In other words, Appellant's appeal is on the record created before the Bankruptcy Court and he has no right of discovery against any person for any purpose. *See also*, Fed. R. Civ. P. 52(a) "In all actions tried upon the facts without a jury . . . the court shall find the facts specially and state separately its conclusions of law thereon, and judgment shall be entered pursuant to Rule 58 . . . . Findings of fact shall not be set aside unless clearly erroneous, and due

regard shall be given to the opportunity of the trial court to judge of the credibility of the witnesses.").

WHEREFORE Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., request this Honorable Court for an ORDER quashing Plaintiff's subpoena attached as Exhibit A hereto and staying all discovery in this matter pending resolution of the *Motion for Dismissal*, and such other relief as the Court finds mete and just.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  */s/Joseph Scott Shannon*
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
*    the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: February 15, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: DAVID J. BUCHANAN, | ) | 07-34-SLR |
| Appellant. | ) | Bankruptcy Appeal |
|  | ) | Bkrptcy Case No.: 04-12419 |
|  | ) |  |

## ORDER ON THE *MOTION* OF
## DEFENDANTS THOMAS E. GAY AND STUMPF VICKERS & SANDY, P.A.
## QUASHING PLAINTIFF'S SUBPOENA

AND NOW the Court, having heard and considered the *Motion* of Movants Thomas E.

Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., for an Order quashing

Plaintiff's subpoena, does hereby FIND and ORDER:

The *Motion* of Thomas E. Gay, Esquire and the law firm of Stumpf Vickers & Sandy,

P.A., is hereby GRANTED.

_____
The Honorable Sue L. Robinson

cc:    Clerk of the Court
       David J. Buchanan, *pro se*
       James B. Tyler, III, Esquire
       Joseph Scott Shannon, Esquire

## <u>CERTIFICATE OF SERVICE</u>

Joseph Scott Shannon, Esquire, hereby certifies that on February 15, 2006, he caused true

and correct copies of the attached *Defendants Thomas E. Gay's and Stumpf Vickers & Sandy,*

*P.A.'s Motion to Quash Subpoena* to be served upon the following persons in the manner

indicated:

David J. Buchanan
34806 Hudson Road
Laurel, DE 19947
*Via 1st Class U.S. Mail*
      *Postage Prepaid*

James B. Tyler, III, Esquire
211 E. Market Street
P.O. Box 555
Georgetown, DE 19947
*Via 1st Class U.S. Mail, postage prepaid*


MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  */s/Joseph Scott Shannon*  
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
    *the Law Firm of Stumpf Vickers & Sandy, P.A.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: DAVID J. BUCHANAN, | ) | 07-34-SLR |
| Appellant. | ) | Bankruptcy Appeal |
|  | ) | Bkrptcy Case No.: 04-12419 |
|  | ) |  |

## STATEMENT OF COUNSEL PURSUANT TO D. Del. LR 7.1.1

COMES NOW Counsel for Movants Thomas E. Gay, Esquire, and Stumpf Vickers & Sandy, P.A., and pursuant to D. Del. LR 7.1.1 hereby states as follows:

1.      Prior to filing the original *Motion to Stay Discovery Pursuant to Fed. R. Civ. P. 26(c),* on January 30, 2007, (D.I. # 15), addressing Appellant's efforts to obtain the same information through premature discovery in the unrelated matter of *Buchanan v. Gay, et al.*, Civil Action No. 06-711-SLR, Counsel placed a telephone call to Appellant *pro se* David Buchanan at the telephone number listed on the Court's Docket for the purpose of reviewing Plaintiff's discovery requests and left a message identifying myself and requesting Plaintiff give me a call.

2.      To date, that phone message has not been returned or responded to by Plaintiff, except for his filing in Case No. 06-711-SLR, after receipt of the *Motion to Stay Discovery* an *Answering Brief Opposing Motion to Stay and Motion to Compel Discovery*, (D.I. # 34), along with the subpoena served directly on my Clients in this Bankruptcy Appeal, and which is the subject of the instant *Motion to Quash Subpoena*.

3.      Counsel's reasonable efforts to pursue an agreement on staying discovery further to the Court's Rules having been rebuffed by Plaintiff, the attached *Motion to Quash Subpoena* is being presented for the Court's consideration.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  _/s/Joseph Scott Shannon_
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and*
    *the Law Firm of Stumpf Vickers & Sandy, P.A.*

Dated: February 15, 2007

# EXHIBIT A

# EXHIBIT A

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

David J. Buchanan

v.                                    # SUBPOENA IN A CIVIL CASE

CASE NUMBER: 1:07-cv-34 SLR

Barbara H. Buchanan

RECEIVED

FEB - 8 2007

TO:    Thomas E. Gay, Esquire
       8 West Market Street
       Georgetown, DE 19947

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All billing and payment information of any account subject to Barbara H. Buchanan, showing amounts charged, paid, and discounts applied. The address and phone number of Ronald Irlick (person subject to financial affidavit in family court). A record of any phone call placed to Dr. E. Wilson, III, PhD. office, home, cell phone, and/or beach house in the past 5 years.

| PLACE | DATE AND TIME |
|---|---|
| David J. Buchanan, 34806 Hudson Road, Laurel DE, 19956, by first class mail with delivery confirmation. | February 18, 2007 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *Defendant* | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

David J. Buchanan  34806  Hudson  Rd  Laurel  De  19956

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.