## JOHN ADAM KERNS, JR., ESQUIRE*
**MEDIATOR / ARBITRATOR / REFEREE / JUDGE PRO TEM / SPECIAL MASTER**
187 BRITTNEY LANE
HARTLY, DELAWARE 19953-2278-87
TEL. 302-492-3445
FAX: 302-492-3446
CELLULAR: 302-423-9985
E-MAIL: neutraljohn@att.net / neutraljohn@netzero.net

*LICENSED IN PENNSYLVANIA

February 19, 2007                             Faxed

Honorable Sue L. Robinson
Judge
United States District Court
District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801
302-573-6310/Fax 302-573-6451

Re:   **DAVID J. BUCHANAN**
      **USDC-DE 1:06-cv-00711-SLR**
              07-34

Dear Judge Robinson,

January 22, 2007, the Court Appointed me as Mediator in the above matter.

Upon receipt I reviewed the matter and found no conflicts.

January 24, 2007, I spoke to Jim Tyler, Appellee's Counsel, who gave me some 'insights' on the matter.

I then spoke with David Buchanan, Appellant. I believe he has a number of personal issues that would severely hamper my ability to Mediate with him. Assigning a different Mediator would not be a viable option.

Therefore, it is my recommendation that this Appeal be removed from Mediation and placed on the normal case management schedule.

I also asked the Clerk's Office in my E-Mail to them that they send me the next assignment.

Thank you.

Very truly yours,

John Adam Kerns, Jr.
Mediator