IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | ) <br> ) <br> ) Civ. No. |
| | ) <br> ) |
| v. | ) <br> ) |
| BARBARA H. BUCHANAN <br> Attorney Thomas E. Gay, Esquire | ) <br> ) <br> ) |



07-34 SLR
FILED
FEB 2 2 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

**MOTION TO SHOW CAUSE CONTEMPT**

COMES NOW, David J. Buchanan with a *Motion to Show Cause Contempt*, pursuant to 28a U.S.C Rule 86.2, and 28a U.S.C. Rule 45(e), and for the following reasons, request relief from the U.S. District Court District of Delaware.

1. Counsel for Barbara H. Buchanan, Thomas E. Gay, Esquire, has filed by and through his attorney Scott Shannon, Esquire, a *Motion to Quash Subpoena* captioned for Court Case No. 06-711-SLR in response to a Subpoena served on Thomas E. Gay, Esquire, to produce copies of records subject to Case No. 07-cv-34-SLR, where such motion interferes with procedural due process of law afforded David J. Buchanan in matters before the court in Case No. 07-cv-34-SLR.

2. Thomas E. Gay, Esquire, has failed to give adequate excuse to not obey a Subpoena pursuant to 28a U.S.C Rule 86.2, and 28a U.S.C. Rule 45(e).

3. David J. Buchanan is attempting to avail himself of a remedy provided by law, which is dependant on Mr. Gay's performance requested by subpoena, where collateral damage to Mr. Buchanan's interest extends beyond that of the case captioned, and puts value on damages due to Mr. Gay's non-performance equivalent to loss of absolute right.

1

4. Subpoena served in accordance with rules of the court, is not subject to quash without adequate excuse, and where the person for which the subpoena is served upon is an attorney within the jurisdiction of the Court, then any failure to obey such subpoena is cause for contempt affording disciplinary action including but not limited to incarceration.

5. *Motion to Quash Subpoena* filed by Thomas E. Gay, fails to give proper service of motion to parties of Civ. No. 07-cv-34-SLR, and should be denied by the Court.

**WHEREFORE,** The above captioned Plaintiff, David J. Buchanan, hereby requests the Court consider the foregoing *Motion to Show Cause Contempt*, the unwillingness of Mr. Gay's party to provide discovery, and the underlying actions by Mr. Gay, bringing the above captioned case to the U.S. District Court, and Order Mr. Gay in CONTEMPT.

Dated: February 20, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN, | Civ. No. 07-cv-34-SLR |
| v. | |
| BARBARA H. BUCHANAN<br>Attorney Thomas E. Gay, Esquire | |

## ORDER

IT IS ORDERED, on this ___ day of ___, 2007, upon consideration of Plaintiff's *Motion to Show Cause Contempt,* and that Thomas E. Gay, Esquire, openly refuses to provide discovery. It is Ordered that Thomas E. Gay, Esquire be held in Contempt of Court for failure to comply with Subpoena, and be incarcerated until he Complies with discovery.

_____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY,** That I mailed on the 20th day of February, 2007, a true and correct copy of the foregoing, *Motion to Show Cause Contempt*, via United States Mail, postage pre-paid to the following persons:

TO:  ✓Martin J. Weis, Esquire
P.O. Box 1031
Wilmington, DE 19801
(Attorney for Ms. Gibbons)

✓Joseph S. Shannon
P.O. Box 8888
Wilmington, DE 19899
(Attorneys Mr. Gay)

✓John A. Elzufon, Esquire, and
Jennifer L. Story, Esquire
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
(Attorneys for Ms. Gay)

✓Thomas Vecchio, Esquire, and
James J. Rodgers, Esquire, at
Dilworth Paxson, LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(Attorneys for Ms. Gibbons)

✓Linda Carmichael, Esquire
Department of Justice
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

✓John F. Brady, Esquire
10 E. Pine Street
Georgetown, DE 19947

✓James B. Tyler, III, Esquire
211E. Market Street
Georgetown, DE 19947

David J. Buchanan,
34806 Hudson Road
Laurel, DE 19956
302 875-1362

4