IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID J. BUCHANAN,                              ) | |
| )  | |
| Plaintiff,            ) | |
| ) | |
| v.                                              ) | Civ. A. No. 06-711-SLR |
| ) | |
| THOMAS E. GAY; THAILA J. GAY;                   ) | |
| THE HONORABLE M. JANE BRADY;                    ) | |
| KRISTEN S. GIBBONS; DELAWARE                    ) | |
| STATE POLICE; GEORGETOWN POLICE;                ) | |
| SEAFORD POLICE; JOHN BRADY;                     ) | |
| DELAWARE FAMILY COURT OF THE STATE              ) | |
| OF DELAWARE; THE STATE OF DELAWARE;             ) | |
| and THE LAW FIRM OF STUMPF VICKERS              ) | |
| & SANDY, P.A.,                                  ) | |
| ) | |
| Defendants.          ) | |

| | |
|---|---|
| ) | |
| In re: DAVID J. BUCHANAN,                       ) | 07-34-SLR |
| Appellant.            ) | Bankruptcy Appeal |
| ) | Bkrptcy Case No.: 04-12419 |
| ) | |

**THOMAS E. GAY, ESQUIRE's**
**ANSWER TO PLAINTIFF/APPELLANT'S MOTION TO SHOW CAUSE CONTEMPT**

COMES NOW Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., (hereinafter collectively "SVS" unless disambiguated) by and through Counsel, Joseph Scott Shannon, Esquire, and hereby answers David J. Buchanan's *Motion to Show Cause Contempt* as follows, to wit:

1.  In the Bankruptcy Appeal, Mr. Buchanan filed a subpoena for discovery to which he was not entitled, to which SVS responded with a timely *Motion to Quash*, and for which Mr. Buchanan now seeks a finding of contempt.

2. The letter of the Court-appointed Mediator, John Adam Kearns, Jr., to the Court dated February 19, 2007, (07-34-SLR, D.I. # 7), probably says all that needs be said concerning Mr. Buchanan's *Motion*.

3. If there be any doubts concerning whether the issuance of a subpoena under Fed. R. Civ. P. 45 constitutes discovery, "[t]he inclusion of references to Rule 45 within Rules 26 and 34 is a clear indication that procuring documents from non-parties can constitute discovery . . . ." *Rice v. United States of America*, 164 F.R.D. 556, 1995 U.S. Dist. LEXIS 20785 at **4 (N.D. Ok., Dec. 19, 1995).

4. Under Delaware interpretation and application of rules governing applications for contempt, "It is a proper defense to a petition for contempt order for failing to obey a subpoena to establish that the requirements of Rule 45 which govern the validity of a subpoena were not met." *In re: Application of Johnson & Johnson*, 59 F.R.D. 174, U.S. Dist. LEXIS 14232 at *4-*5 (D. Del. March 30, 1973).

5. Additionally, "the terms of F.R.C.P. 45(c)(2)(B) establish that no contempt is available where a subpoenaed person has timely objected to a document subpoena." *Broussard v. Lemons*, 186 F.R.D. 396, 1999 U.S. Dist. LEXIS 8373 at **3 (Feb. 26, 2999).

6. Gay and SVS filed two *Motions to Quash* Mr. Buchanan's subpoena, one each for the two related cases captioned above, and in each raising as objections that, *inter alia*, there was a pending *Motion to Stay Discovery*; that the subpoena was untimely discovery under Fed. R. Civ. P. 26(f); and that in a bankruptcy appeal the Court must accept the fact record created below and Mr. Buchanan cannot now seek to supplement that record through discovery or subpoena.

7.In sum, Mr. Buchanan is not entitled to the documents he seeks in an untimely manner in violation of the Court's Rules to which Thomas Gay, Esquire and the firm of Stumpf Vickers & Sandy, P.A., raised a timely objection thereby excusing performance.

8.Finally, the Third Circuit Court of Appeals has already considered the identical fact scenario presented here, in which "[b]efore the scheduled [subpoena response] date, [defendant] moved for a dismissal of the action, and requested a stay of discovery" and as to the subpoena itself, the defendant "informed plaintiff's counsel of their objection in advance to avoid expense and inconvenience", including submission of a motion to quash on the date set for response to the subpoena.  *Waste Conversion, Inc. v. Rollins Environmental Services (NJ), Inc.*, 893 F.2d 605, 610 (3rd Cir. 1990).  The Third Circuit dismissed the District Court's findings of contempt, noting, *inter alia*, that "Rule 45(b) permits the quashing of a subpoena directing attendance for production of documents 'upon motion made promptly and in any event at or before the time specified in the subpoena.'"  *Id*. at 611.

9.The same analysis applies to deny Plaintiff/Appellant's *Motion* in this matter.

WHEREFORE Thomas E. Gay, Esquire, and the law firm of Stumpf Vickers & Sandy, P.A., request this Honorable Court for an Order denying Plaintiff/Appellant's *Motion for Contempt* and granting SVS's *Motion to Quash*.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
  /s/Joseph Scott Shannon, Esquire
Jos. Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com
*Counsel for Thomas E. Gay, Esquire and*
Dated: February 26, 2007*Stumpf Vickers & Sandy, P.A.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID J. BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-711-SLR |
| | ) | |
| THOMAS E. GAY; THAILA J. GAY; THE HONORABLE M. JANE BRADY; KRISTEN S. GIBBONS; DELAWARE STATE POLICE; GEORGETOWN POLICE; SEAFORD POLICE; JOHN BRADY; DELAWARE FAMILY COURT OF THE STATE OF DELAWARE; THE STATE OF DELAWARE; and THE LAW FIRM OF STUMPF VICKERS & SANDY, P.A., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| | ) | |
| In re: DAVID J. BUCHANAN, | ) | 07-34-SLR |
| Appellant. | ) | Bankruptcy Appeal |
| | ) | Bkrptcy Case No.: 04-12419 |
| | ) | |

## ORDER ON PLAINTIFF/APPELLANT'S MOTION FOR CONTEMPT

AND NOW the Court, having heard and considered Mr. Buchanan's *Motion for Rule to Show Cause Contempt* and the responses thereto, does hereby FIND and ORDER:

The *Motion* is DENIED.

_____
The Honorable Sue L. Robinson

cc:   Clerk of the Court
      Parties

## **CERTIFICATE OF SERVICE**

Joseph Scott Shannon, Esquire, hereby certifies that on February 13, 2006, he caused true and correct copies of the attached *Defendants Thomas E. Gay's and Stumpf Vickers & Sandy, P.A.'s Motion for a Stay of Discovery Pursuant to Fed. R. Civ. P. 26(c)* to be served upon the following persons in the manner indicated:

| | |
|---|---|
| David J. Buchanan<br>34806 Hudson Road<br>Laurel, DE 19947<br>*Via 1st Class U.S. Mail*<br>*Postage Prepaid* | John A. Elzufon, Esquire<br>Jennifer L. Story, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 – 1630<br>*Via e-filing* |
| Linda Carmichael, Esquire<br>State of Delaware Dept. of Justice<br>Carvel State Office Bldg, 6th Floor<br>820 North French Street<br>Wilmington, DE 19801<br>*Via e-filing* | Martin James Weis, Esquire<br>Dilworth Paxson, LLP<br>First Federal Plaza, Ste. 500<br>704 N. King Street<br>Wilmington, DE 19801<br>*Via e-filing* |
| John Francis Brady, Esquire<br>Brady, Richardson, Beauregard<br>    & Chasanov, LLC<br>10 E. Pine Street<br>P.O. Box 742<br>Georgetown, DE 19947<br>*Via 1st Class U.S. Mail*<br>*Postage Prepaid* | James B. Tyler, III, Esquire<br>211 E. Market Street<br>P.O. Box 555<br>Georgetown, DE 19947<br>*Via 1st Class U.S. Mail*<br>*Postage Prepaid* |

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

  */s/Joseph Scott Shannon*
Joseph Scott Shannon, Esquire (I.D. No. 3434)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302.552.4329
fax.: 302.651.7905
e-mail: jsshannon@mdwcg.com

*Counsel for Thomas E. Gay, Esquire, and
the Law Firm of Stumpf Vickers & Sandy, P.A.*

\15_A\LIAB\JSSHANNON\LLPG\411016\BAJOHNSON\03127\00840