IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| DAVID J. BUCHANAN, ) | Bk. No. 04-12419(JKF) |
| ) | Jointly Administered |
| Debtor. ) | |
| | |
| DAVID J. BUCHANAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 07-34-SLR |
| ) | |
| BARBARA BUCHANAN, ) | |
| ) | |
| Appellee. ) | |

**O R D E R**

At Wilmington this 2d day of March, 2007, having received notice from the mediator that mediation is not a viable option in this case (D.I. 7);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **April 2, 2007**.

2. Appellee's brief in opposition to the appeal is due on or before **May 2, 2007**.

3. Appellant's reply brief is due on or before **May 16, 2007**.

                                    _____
                                    United States District Judge