OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 21, 2007

TO:   David J. Buchanan
      34806 Hudson Road
      Laurel, DE 19956

**RE:   Deficiency for Lack of Original Signature; 07-34(SLR)**

Dear Mr. Buchanan:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:   Federal Rules of Civil Procedure.

   The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, they **must have an original signature**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

   Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                           Sincerely,

/ead                                       PETER T. DALLEO
                                           CLERK

cc:   The Honorable Sue L. Robinson