# **Affidavit of Appellant**

I David J. Buchanan certify that; the documents attached to the this affidavit are resubmitted to the Court on March 22, 2007, in order to comply with original signature requirements of Federal Rules of Civil Procedure, for documents previously mailed to the Court on March 18, 2007.

Date: March 22, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956
(302) 875-1362

6



David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

Peter T. Dalleo, Clerk of the Court
844 King Street
U.S. Courthouse
Wilmington, DE 19801

19801835619 C012