IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: David J. Buchanan<br>Debtor below, Appellant | No. 07-34-SLR<br><br>Court Below: The United States<br>Bankruptcy Court for the District of<br>Delaware, C.A. No. 04-12419-JKF |

### NOTICE OF MOTION

To:  Clerk of the Bankruptcy Court        James B. Tyler, Esquire
     824 Market Street, 3rd Floor         211 E. Market Street
     Wilmington, DE 19899                 Georgetown DE 19947

PLEASE TAKE NOTICE that David J. Buchanan, Debtor, below-Appellant, does hereby Motion the United States District Court for the District of Delaware for an Enlargement of Time to file Appellant's Brief, for the following reason:

1. Transcripts of Bankruptcy proceedings Case No. 04-12419-JKF are essential to the defense of the Appeal before the District Court.

2. The Bankruptcy Court has failed to respond to a request for transcripts filed and docketed with the Bankruptcy Court on January 24, 2007, where it appears the request was overlooked for document format.

Dated: March 27, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956

FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I David J. Buchanan, hereby certify that on March 27, 2007, caused true and correct copies of the attached Notice *of Motion and Motion to Enlarge Time*, to be served upon the following people as indicated.

    Clerk of the Bankruptcy Court
    824 Market Street, 3rd Floor
    Wilmington, DE 19899
    *Via Hand Delivery*

    James B. Tyler, III, Esquire
    211E. Market Street
    Georgetown, DE 19947
    *Via 1st Class U.S. Mail*

    _____
    David J. Buchanan
    34806 Hudson Road
    Laurel, Delaware 19956
    302 875-1362

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

WILMINGTON DE 197
28 MAR 2007 PM 2 L

U. S. District Court of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

