DAVID   BUCHANAN
34806  HUDSON  RD.
LAUREL,  DE  19956

May 1, 2007

Clerk of the U.S. District Court
District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Ref:

    U.S. District Court Case No. 07-34-SLR

Dear Clerk;

    Enclosed is a copy of a Motion to Reinstate Stay, with Order to be presented and filed in the captioned case file. I have enclosed an extra copy to be time stamped by the Court and returned to me via first class mail. Thank you.

FILED
MAY - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bb scanner

Sincerely,

David J. Buchanan

cc: James B. Tyler, III, Esquire
    Thomas E. Gay, Esquire