

ATTORNEYS AT LAW

# Stumpf Vickers and Sandy, P.A.

VINCENT H. VICKERS II
JOHN M. SANDY
THOMAS E. GAY
BRIAN F. DOLAN

8 WEST MARKET STREET   GEORGETOWN, DE 19947

302-856-3561
(Fax) 302-856-0956
(Fax) 302-856-3985

May 10, 2007

Clerk of the Court
U.S. District Court
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801



RE:     U.S. District Court Case No.: 07-34-SLR

Dear Clerk:

On May 4, 2007, I received the enclosed letter and "Motion to Reinstate Stay" filed by David J. Buchanan, Debtor Below, "Appellant." Mr. Buchanan has filed a plethora of pleadings in a variety of courts in the State of Delaware, many of which without cause of action or verifiable claim for relief pursuant to the applicable rules of court, statutory references within the State of Delaware, or under federal law.

I formerly represented Mr. Buchanan's ex-wife, Barbara Buchanan, in matters germane only to the Family Court of the State of Delaware. I have not entered my appearance for any matter now pending in the United States District Court on behalf of Barbara Buchanan. I do not represent Ms. Buchanan in the court below, referenced within Mr. Buchanan's caption, specifically "the United States Bankruptcy Court for the District of Delaware, C.A. No. 04-12419-JKF - Chapter 13."

For reasons as set forth above, I will not be filing a response to Mr. Buchanan's "Motion to Reinstate Stay."

Thank you for your time and attention.

Respectfully,

Thomas E. Gay

TEG/aer

Enclosure (Buchanan ltr & Motion)
cc:     J. Scott Shannon, Esquire (w/enclosure)
        James B. Tyler, III Esquire (w/enclosure)
        Barbara H. Buchanan (w/enclosure)

DAVID BUCHANAN
34806 HUDSON RD.
LAUREL, DE 19956

May 1, 2007

Clerk of the U.S. District Court
District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Ref:

U.S. District Court Case No. 07-34-SLR

Dear Clerk;

Enclosed is a copy of a Motion to Reinstate Stay, with Order to be presented and filed in the captioned case file. I have enclosed an extra copy to be time stamped by the Court and returned to me via first class mail. Thank you.

Sincerely,

David J. Buchanan

cc: James B. Tyler, III, Esquire
Thomas E. Gay, Esquire

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

In Re: David J. Buchanan                    :        No. 07-34-SLR
Debtor below, Appellant                     :
                                            :
                                            :        Court Below: The United States
                                            :        Bankruptcy Court for the District of
                                            :        Delaware, C.A. No. 04-12419-JKF
                                            :        Chapter 13.
                                            :
                                            :

**Notice of Motion to:**

Michael B. Joseph, Esquire, 824 Market Street, P.O. Box 1351, Wilmington, DE 19899-

1351, Phone 302-656-0123.

TRUSTEE.

James B. Tyler, III, Esquire, 211 E. Market Street, P.O. Box 555, Georgetown, DE

19947, 302-856-6397.

Thomas E. Gay, Esquire, 8 West Market Street, Georgetown, DE 19947, 302-856-3561.

ATTORNEYS FOR APPELLEE (No Claims Filed, No entry of appearance on Appeal).

### <u>MOTION TO REINSTATE STAY</u>

**Jurisdictional Statement**

The United States District Court For The District Of Delaware has jurisdiction to hear

this matter pursuant to 28 U.S.C. 158(a)(1) and 28 U.S.C. 158(b)(1), following entry of

the Bankruptcy Court's order Regarding Motion for Sale of Real Estate (Doc. 174). The

United States District Court For The District Of Delaware has jurisdiction pursuant to

Title 28, § 1334 over Bankruptcy cases and proceedings which include appeal of a case

commenced under title 11, and <u>retains exclusive jurisdiction of all of the property,</u>

wherever located, of the debtor as of the commencement of such case, and of property of

1

the estate.

**Now Comes the Debtor below the Appellant,** requesting reinstatement of Bankruptcy Stay 362 pending outcome of Appeal, and in support state, claim, and aver the following:

1. Dismissal of Debtor/Appellant's Bankruptcy has accelerated collection action by none claiming Ex-wife, and her counsel, which includes attempts to evict Debtor from his home and farm land.

2. The Appellee Barbara H. Buchanan employed by the United States Air Force, and residing in Washington D.C., has retained and compensated counsel with undeclared marital funds ($53,000) in violation of Family Court injunction (See Pages 11-12 of Transcripts attached) with the intent to evict Appellant from his home and farm, further impairing performance of Debtor's contractual mortgage obligation, subjecting property to risk of foreclosure action.

3. Dismissal of Debtor/Appellant's Bankruptcy places Debtor's estate at risk of foreclosure action by mortgage holders, where none claiming Ex-wife is impairing Debtor's performance of mortgages, refinancing, deeding, and use of property, by accepting nothing short of a sale of such property in the shadow of not filing a *claim* pursuant to Bankruptcy Rule 3002, or Family Court Rule 12(b)(6), and has failed to determine a value to avail herself as directed by the Family Court which would afford a *trust* to be created.

4. The U.S. District Court has jurisdiction to provide injunctive relief pursuant to Title 28a Rule 65, and 28a Rule 8, where it is averred that irreversible harm to the Debtor below Appellant resultant of proceedings, orders, untimely enforcement of contractual

2

obligation, shadowed by contractual impairment by opposing counsel, will occur.

5. Appellant should enjoy *Estoppel by Deed* that reinstatement of Stay provides.

WHEREFORE, in the shadow of extensive delays in the underlying Bankruptcy proceedings, as well as Family Court proceedings caused by Appellee, and her Counsel in absence of any claim filed, that testimony recorded on Family Court transcripts identify *Sub rosa* funds otherwise available to pay mortgage obligations avoiding such Bankruptcy, and that jurisdiction over all property of the Appellant remains that of the District Court on Appeal, such reinstatement of Stay prevents further State Court involvement until matters of the Appeal are resolved.

Respectfully submitted by;

Date: May 1, 2007

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956
(302) 875-1362

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

In Re: David J. Buchanan                    :          No. 07-34-SLR
Debtor below, Appellant                     :
                                            :
                                            :          Court Below: The United States
                                            :          Bankruptcy Court for the District of
                                            :          Delaware, C.A. No. 04-12419-JKF
          :          Chapter 13.

## **ORDER**

IT IS ORDERED, on this ____day of ____, 2007, upon consideration of

Appellant David J. Buchanan's Motion to Reinstate Stay, and any answer thereto, that

Stay provided by Bankruptcy Rule 362, shall be reinstated pending outcome of Appeal

before this Court.


                                            _____
                                            The Honorable Sue L. Robinson
                                            United States District Court Judge

4

## CERTIFICATE OF SERVICE

I David J. Buchanan, hereby certify that on May 1, 2007, caused true and correct copies of the attached **MOTION TO REINSTATE STAY**, proposed Order, and attachments to be served upon the following people by first class mail.

Clerk of the U.S. District Court
844 North King St., RM 4209
Wilmington, DE 19899

Thomas E. Gay, Esquire
8 West Market Street
Georgetown, DE 19956

James B. Tyler, III, Esquire
211E. Market Street
Georgetown, DE 19947

David J. Buchanan
34806 Hudson Road
Laurel, Delaware 19956
(302) 875-1362

5

1    File No. CS94-03107 - November 30, 2004          Page 11

2

3    information?

4        THE COURT:  Well, as I indicated, a lot of this --

5    and I think I made it pretty clear yesterday.  What I'm

6    going to allow -- and I probably had the disclosure --

7    was  information  concerning  accounts  that  were  the

8    children's because perhaps there was a custodial misuse

9    of the accounts.  And yet, the testimony that I had

10   from  Ms.  Buchanan  was  that  you  knew  about  these

11   accounts.  In fact, she used them to spend on purposes

12   that benefited you as well.  I do see that you should

13   be entitled to see the accounts and where the checks

14   were written on those accounts.

15       MR.  BUCHANAN:   And  where  the  money  has  gone

16   because I recall she stated that I directed her to put

17   the child's money into a Certificate of Service --

18   Certificate of Deposit.  I don't know if that was done.

19   I don't know where it went.

20       THE COURT:  Well, I think it would be appropriate

21   for those particular accounts -- now, the $30,000 as I

22   understand it never went into any account.

23       MS.  BUCHANAN:    $23,000  of  it  went  into  a

24   certificate but then as we needed it I put it into a

25   money certificate.

File No. CS94-03107 - November 30, 2004          Page 12

THE COURT:  And perhaps you can trace that.  I --
if you can --

MS. BUCHANAN:  I have asked the bank and they said
that they could not.

MR. BUCHANAN:   There  is  a  rule  for  care  of
fiduciary  funds  that  requires  a  complete  record  of
where  all  those  monies  went.   And  those  monies  by  my
understanding  were  on  deposit  immediately  before  and
after we got divorced.

THE  COURT:   And  I  don't  know  and  that's  where
maybe the bank accounts will show.

MR. GAY:  Your Honor, my client has complied with
the  motion  to  compel.   As  we  discussed  yesterday,  by
personal  service  on  Mr.  Buchanan,  regular  mail,
Certified  Mail.   He  did  confirm  yesterday  that  he
received  that.   That  is  to  the  best  of  my  knowledge
complete  as  to  all  the  documents  that  my  client  had,
had  in  her  possession  or  had  immediate  access  to  but
for,  I  believe,  Heidi's  mental  health  records,  her
phone  number,  and  her  credit  card  numbers  because  we
did not want that information to fall into Mr. --

MR.  BUCHANAN:   There  were  no  phone  records
ordered.

SVS
ATTORNEYS AT LAW
Stumpf Vickers and Sandy, P.A.
8 WEST MARKET STREET GEORGETOWN, DE 19947

* * *
118
0136 â
0051

00.630 PB853806 1
MAY 10 07
GEORGETOWN DE 19947


U.S.
X-RAY

Clerk of the Court
U.S. District Court
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

1980l3519 C012    I..ll.l.l.l..l.ll....ll.ll.l.ll.ll.l.l.ll.l