DAVID    BUCHANAN
34806  HUDSON  RD.
LAUREL,  DE  19956

May 20, 2007

Clerk of the U.S. District Court
District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Ref:   U.S. District Court Case No. 07-34-SLR

Dear Clerk;

    I am in receipt of a copy of a letter dated May 10, 2007, for which Thomas E. Gay, Esquire, claims to be former counsel for Barbara H. Buchanan (Appellee) in matters germane to the Delaware Family Court. It is my understanding that Mr. Gay has gained appearance in matters before the District Court as captioned above by filing a *quasi* request by and through James B. Tyler, III, Esquire, also attorney for the Appellee, for the Bankruptcy Court to recognize a Family Court Order pertaining to Mr. Gay's attorney fees of nearly $37,000, without filing a "claim" pursuant to Bankruptcy Rule 3002. Mr. Gay's motion requesting *Extendi Facias* with the Bankruptcy Court even when filed by and through extended counsel serves as an entry of appearance for Mr. Gay in matters before the District Court.

    If Mr. Gay so desires to withdraw as counsel in matters before the District Court, in the shadow of his repeated violations of Bankruptcy Stay 362, and malicious disregard for the Federal Court's jurisdiction as noted in Case File No. 96-711-SLR, characteristic of his pusillanimous desertion of his client in all courts, while continuing to litigate matters before the Family Court for his own interest, he should be compelled to follow the appropriate rules of the District Court to do so.

Sincerely,

David J. Buchanan

cc:  James B. Tyler, III, Esquire
     Thomas E. Gay, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

WILMINGTON DE 197
21 MAY 2007 PM 1 T

Clerk of the Court
844 King Street
U.S. Courthouse
Wilmington, DE 19801