DAVID     BUCHANAN
34806   HUDSON   RD.
LAUREL,  DE  19956

May 29, 2007



BD scanned

Chief Judge Sue L. Robinson
U.S. District Court District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Ref:

U.S. District Court Case No. 06-711-SLR
U.S. District Court Case No. 07-34-SLR

Your Honor:

In review of the Order from the Delaware Supreme Court, Case No. 562, 2006, for which a copy had been sent to you by both Linda M. Carmichael, and Jennifer L. Story, in defense of their parties, I have taken exceptional notice to the 3rd note on page 2, where the Supreme Court recognizes the Attorney/Law Firm Defendants as to represent Buchanan's former wife in matters before the Family Court, the Bankruptcy Court, and the Supreme Court, where such appearance in Bankruptcy Court places subject matter jurisdiction over financial disclosure of funds paid to counsel within that of the District Court, as well as within that of the Bankruptcy Court for the District of Delaware.

Before you on appeal under **Facts Relevant to Appeal**, page 6, paragraph 3, referencing access to marital funds enjoined by stay, and on pages 5-6 of the transcripts submitted on appeal of Bankruptcy matters, subject of Bankruptcy docket #90-91, stating that the Bankruptcy Court will not enforce financial disclosure of attorneys who have not filed an appearance with the Bankruptcy Court, and then before you on Case No. 06-711-SLR, is a Motion to Quash Subpoena, and a Motion to Stay Discovery, both filed by Opposing Counsel in avoidance of disclosing funds taken by their Attorney clients from marital funds protected by stay, as well as funds belonging to the Buchanan's minor children left in control of Plaintiff's ex-wife. Where Counsel for the Delaware Department of Justice has submitted a Delaware Supreme Court Order for consideration by the District Court, acknowledging the appearance of Counsel in the District Courts, and where such discovery including accounting is subject matter core to both cases before you, there is no reason not to compel discovery as previously requested, in support of both case files. Furthermore as noted in letter to you dated February 13, 2007, attached to Defendant's Motion to Quash Subpoena, where copy of motion had been sent to Anne M. Aamland (CNA claims agent) claim No. LE 1005051MF, acknowledging that a "claim" had been submitted to the Defendant's professional insurance, such "claim" and any

−2−                                                                                          May 29, 2007

payment of "claim" to defending counsel acknowledges circumstance of liable for which a dismissal pursuant to F.C.R. 12(b) is no longer available to Defendants.

Respectfully,

David J. Buchanan

cc: Linda Carmichael, Esquire
    Jennifer L. Story, Esquire
    Joseph S. Shannon, Esquire
    John A. Elzufon, Esquire
    John F. Brady, Esquire
    Thomas Vecchio, Esquire

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

EASTON MD 216

29 MAY 2007 PM 2 L

USA FIRSTCLASS FOREVER

Judge Sue L. Robinson
U.S. District Court Dist. of Delaware
844 King Street
Wilmington, DE 19801