David J. Buchanan
34806 Hudson Rd.
Laurel, DE 19956

July 8, 2007

U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

RE:   Appeal of Bankruptcy Order, Case No. 07-34- SLR

Dear Clerk:

Please file the attached letters in the captioned case file.

Respectfully,

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

FILED
JUL 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Cc:   James B. Tyler, III, Esquire



WILMINGTON DE 197
16 JUL 2007 PM 1 T

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

Clerk, U.S. District Court, Delaware
844 North King Street, Room 4209
Wilmington, DE 19801