OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 23, 2007

TO:  David J. Buchanan
     34806 Hudson Road
     Laurel, DE 19956

**RE: Documents received on 7/17/07 and 07/18/07;
     Civ. No. 07-34 SLR**

Dear Mr. Buchanan:

   The documents that you presented to the court for filing on 7/17/07 and 07/18/07(docketed as d.i. #'s 28, 29, and 31) in the above noted case do not form to District of Delaware Local Rule of Civil Practice and Procedure 5.2.(b)(2). Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.

   The court will take no action on these items until this deficiency is corrected. Enclosed for your convenience is a list of all local counsel of record. Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.

                                    Sincerely,

/rpg                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Sue L. Robinson
enc: service list