To: Michael B Joseph, Esquire
    824 Market Street, Suite 905
    P.O. Box 1350
    Wilmington, Delaware

From: David J. Buchanan
      34806 Hudson Road
      Laurel, DE 19956
      Case No. 04-12419-JKF
      U.S. District Case No. 07-34-SLR



11/13/7

RECEIVED
NOV 14 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BO scanned

Mr. Joseph,

    In response to several filings by Barbara H. Buchanan in State Courts, as well as Washington D.C. Courts, I am requesting that you request enforcement of the Bankruptcy Court's Orders from the bench on October 24, 2006, where Judge Fitzgerald requested Barbara H. Buchanan by and through James B. Tyler, Esquire, to file a late claim even if it would be considered unsecured, and non-priority, pursuant to Rule 3002. It is my understanding that this order is final even if the case had been later dismissed then closed on November 2, 2007, where a bankruptcy court's order is final and appealable if it: (1) **resolves all contested issues** on merits and leaves only distribution of estate assets to be completed; (2) **ultimately determines creditor's position** in bankruptcy proceeding, even though administration of debtor's estate continues; or (3) **marks conclusion of what**, but for bankruptcy, would be equivalent of stand-alone suit by or against trustee. KBC Bank, N.V. v UAL Corp. (In re UAL Corp.) (2004, ND Ill) 43 BCD 160. Barbara H. Buchanan did not file an appeal to this order. I am also requesting that you direct counsel for Barbara H. Buchanan, James B. Tyler, Esquire, to comply with a directive from the Bankruptcy court contained in the docket 198, requiring him to provide corrected certificate of service to the court, showing a corrected address for his client, Barbara H. Buchanan. A proper address for Ms. Buchanan is necessary to identify jurisdiction in other courts.

    Where the U.S. District Court affirmed the Bankruptcy Court's order to dismiss the case, justifying such order as the case being more about a divorce than about a bankruptcy, does not abrogate a final order from the Bankruptcy Court, for which would have resolved contested issues preventing confirmation.

Sincerely

David J. Buchanan, Debtor

Files

David J. Buchanan
34806 Hudson Road
Laurel, DE 19956

EASTON MD 216
13 NOV 2007 PM 2 T

Chief Judge Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King St. RM 4209, Box 31
Wilmington, DE 19801

U.S. X-RAY

19801+3570