OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 20, 2007

TO:  David J. Buchanan
     34806 Hudson Road
     Laurel, DE 19956

    **RE:**  Deficiency for Lack of Service and Original Signature;
     CA 06-711 and 07-34(SLR)

Dear Mr. Buchanan:

    Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

    Your letter will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, ***you must sign each document and serve a copy upon all other counsel of record***. John Francis Brady has not been served. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

    Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                        Sincerely,

/ead                                       PETER T. DALLEO
                                          CLERK

cc:  The Honorable Sue L. Robinson
enc: Service List
     DI 83 in 06-711, DI 35 in 07-34