To: Sue L. Robinson, U.S. Dist Judge.    4/27/8

Ref: CA06-711-SCR, #07-34 SCR

RECEIVED MAY - 1 2008 SUE L. ROBINSON U.S. DISTRICT JUDGE

Your Honor!

I have written to you on several occasions & now write with notice of circumstance that lends an overwhelming factor of "bad faith" to opposing parties of this litigation. Where Counsel for Barbara H. Richards (Buchanan) stated in Family Court on March 13, 2008, that she "knew that her client lives in Virginia", while standing behind a motion she filed to force sale of property which noted Mrs Richards address as 5490 C Fisher Lane, Bolling AFB, D.C., evidenced the intent to continue false impression with these proceedings. Where Mr. Gay, Ms Gibbons, Jamie Tyler, John Brady, & Linda Carmichael A.A.G. all have used such address in these proceedings, shows a combined intent to give false impression to the Courts, bad faith, & lack of Candor by State Counsel.

Where there is discovery through proceeding in U.S. District Court of Washington D.C. Judge Johnson presiding, that shows Mr & Mrs Richards living at 9534 Willingford Dr, Burke, VA 22015, and that mail from U.S. District Bankruptcy Court has been returned not forwardable from the Bolling address, there is ample cause to believe Ms Richards did not live at that address, & so offered false impression to U.S. Grand Jury to indict me on charges that were settled by Delaware Family Court. It is now believed that Delaware Attorney General is again trying to cover up such false impression

(1)

to keep me from having access to court.

A showing of fraud & bad faith through false impression is cause to reopen & find cause to prosecute against counsel in this case. Where there is a showing that 5490 c Fisher lane was a "mistay address", there is cause to doubt the afidavit for which counsel used in Delaware Superior Court to have Heidi Buchanan excused from that litigation, and therefore disallow dismissal on defendants' claims of issue preclusion as addressed in the Rooker/Feldman doctrine.

Where Delaware Superior Court most recently published that Attorneys would not be afforded privalage in the Court of Chancery on claims requesting disclosure, & where Mr Gay, Ms Gibson, & Mr Tyler all have failed to answer subpoena pertaining to address of Ms Richards & tory legal payments, they so fail to defend an algation that such shows a willfull intent to conspire & to give false impression to the Courts to avoid a showing of misconduct. Thomas E. Gay Esq, Used a false address, income information & mantal status for his client in order to prevail in Family Court, & to coverup his advancement of legal fees from my children's savings accounts. Krista S. Gibson Esq, conspired with T. Gay to cover up that Heidi N. Buchanan was not living with her mother & that Mr Gay was violating Bankruptcy Stay as well as Family Court injunction to collect his fees.

2

Mr James Tyler Esq. failed to file a claim document when ordered to do so by the Honorable Judge Fitzgerald, in order to not disclose address of Barbara Richards, & to give false impression that Government payments of $24,000± for housing were not being recieved by Mrs Richards. Money that would enter support & property division calculation in Family Court. John Brady continues such false impression on appeal.

Where my Mother has now suffered a financial loss due to the Combined effort of David J Richards & the Delaware State Police to take all personal & business property from my farm, she has requested an investigation by F.B.I. to attempt to regain lost property. Delaware State Police would not take a crime report & the Delaware Department of Justice has moved Family Court to Quash subpoena of Delaware State Trooper Wallace to appear, claiming privalage. This again is a showing of "bad faith" by State counsel & goes to support a willing intent to give false impression. There is no privalage that extends from one Court proceeding to another Court proceeding & where State Police are afforded qualified immunity, unless in violation of constitution there is no cause to Quash afforded an officer of Police. Where such has caused the State of Delaware to bring criminal charges against me, I request Court appointed Counsel at State or Federal expense.

Respectfully
David J Bacham

To: Clerk of Court

Please file this letter with the docket CA 06-711SLR & copy to all parties by electronic notification.
I am an inmate at Sussex Correctional Institution Georgetown De 19947, & can not make proper distribution.

David J. Buchanan
#231392 SCI, Box 500
Georgetown, De 19947

I/M: Buchanan 231892  BLDG: 444 pt-4
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



WILMINGTON DE 197
28 APR 2008 PM 3 L

The Honorable Sue L. Robinson
c/o U.S. District Court District of Delaware
844 North King Street #4209
Wilmington, DE
19801